# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**UNITED STATES OF AMERICA**                                                                    **PLAINTIFF**

v.                                            NO. 4:07CR00320-01 GTE

**LARRY DONNELL RICE**                                                                          **DEFENDANT**

## SUPPLEMENT TO JUDGMENT AND COMMITMENT

Pending before the Court is the Government's Motion to Amend and Correct the Judgment which was filed on December 11, 2008, in this case. The Judgment failed to include the Forfeiture of certain Property.

IT IS THEREFORE ORDERED that the Judgment in this case be amended and corrected to include the Forfeiture of the Property listed as follows:

**A Jennings, model T380 caliber, semi-auto pistol, Serial Number 1467995**

All other elements of said Judgment shall remain the same.

Dated this 14th day of January, 2009.

                                                                        _/s/Garnett Thomas Eisele_____
                                                                         UNITED STATES DISTRICT JUDGE