AO 245D  (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 02 2016

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT

Eastern District of Arkansas

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| LARRY DONNELL RICE a/k/a Bootsy | |

Case No.  4:07CR00320-01 BSM

USM No.  24906-009

Latrece Gray
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   Standard   of the term of supervision.

☑ was found in violation of condition(s)   Gen., Stnd., Spec., Stnd.   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 General | Failure to refrain from unlawful use of a controlled substance | |
| 2 Standard (7) | Failure to refrain from use of any controlled substance, except as prescribed by a physician | 12/03/2015 |

The defendant is sentenced as provided in pages 2 through ___3___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 4884

Defendant's Year of Birth: 1984

City and State of Defendant's Residence:
Little Rock, Arkansas

02/02/2016
Date of Imposition of Judgment

_____
Signature of Judge

BRIAN S. MILLER,   U. S.   DISTRICT JUDGE
Name and Title of Judge

02-02-16
Date

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
          Sheet 1A

Judgment—Page __2__ of __3__

DEFENDANT: LARRY DONNELL RICE a/k/a Bootsy
CASE NUMBER: 4:07CR00320-01 BSM

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 3 Special | Failure to participate in a substance abuse treatment program | 01/15/2016 |
| 4 Standard (2) | Failure to submit truthful and complete written report within first five days of each month | 01/12/2016 |

AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 3 of 3

DEFENDANT: LARRY DONNELL RICE a/k/a Bootsy
CASE NUMBER: 4:07CR00320-01 BSM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

**EIGHTEEN (18) MONTHS WITH NO SUPERVISED RELEASE TO FOLLOW.**

☑ The court makes the following recommendations to the Bureau of Prisons:

Rice shall participate in non-residential substance abuse treatment during incarceration. Rice shall serve his term of imprisonment at FCI Forrest City, Arkansas.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL